IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|                              |   |                           |
|------------------------------|---|---------------------------|
| UNITED STATES OF AMERICA,    | : |                           |
|                              | : | Case No. 12cr303-03(NLH)  |
| v.                           | : |                           |
|                              | : |                           |
| IAN RESNICK                  | : |                           |

## **ORDER**

It is on this 4th day of April, 2013,

ORDERED that the Court will conduct a status conference in the above matter on Tuesday, April 16, 2013 at 2:30 p.m. in Courtroom 3B.

_____
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE