# GPEFF ATTORNEYS AT LAW, LLC

## GREENBLATT · PIERCE · ENGLE · FUNT · FLORES

RONALD L. GREENBLATT, ESQ.¨ · PATRICIA V. PIERCE, ESQ.† · MICHAEL J. ENGLE, ESQ.‡
JAMES A. FUNT, ESQ.¨ · MARGARET M. FLORES, ESQ.* · THOMAS IVORY, ESQ.‡
THOMAS MORE MARRONE, ESQ.⁓ · NOAH COHEN, ESQ.¨
LEONARD S. BAKER, ESQ.‡‡ · BELLA SCHNALL, ESQ.†† · PETER F. VAIRA, ESQ.ˢ

¨ Members NJ & PA Bar  † Member NJ, PA & CA Bar  ‡ Members PA Bar  ⁓ Member NJ, NY & PA Bar
†† Member NJ Bar  ‡‡ Member PA & MA Bar  ˢ Member PA, DC & IL Bar

*Reply to Philadelphia Office*
123 S. Broad Street, Suite 2500
Philadelphia, PA 19109
(215) 735-1600
(215) 735-1660 | Fax

35 Kings Highway East
Haddonfield, NJ 08033
(856) 429-7750
(856) 427-0360 | Fax

www.gpeff.com

Michael J. Engle, Esquire
(215) 985-4275 | Direct
(888) 495-7377 | Fax
m.engle@gpeff.com

April 7, 2014

RECEIVED
APR 07 2014
AT 8:30_____
WILLIAM T. WALSH ─ M
CLERK

The Honorable Noel L. Hillman
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

RE: <u>United States v. Ian Resnick</u>; Case No. 12-CR-303-NLH-3

Dear Judge Hillman:

After review of this matter and based on the developments at the conference held before this Honorable Court on March 28, 2014, I will not be seeking leave of this Court, via motion, to enter my appearance on behalf of Defendant Resnick. I apologize for any inconvenience to the Court.

Thank you for Your Honor's kind cooperation and consideration in this matter. If Your Honor has any questions or concerns about any of the information contained herein, please feel free to contact my office.

Respectfully yours,

*[signature]*

MICHAEL J. ENGLE

MJE/

cc: AUSA R. David Walk, Jr.
    Michael E. Riley, Esquire