UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: CAMDEN
JUDGE NOEL L. HILLMAN

08/21/2015
DATE OF PROCEEDINGS

COURT REPORTER: Robert T. Tate

Docket # CR. 12-303-03 (NLH)

TITLE OF CASE:
UNITED STATES OF AMERICA
   v.
IAN RESNICK
  DEFENDANT PRESENT

APPEARANCES:
R. David Walk, AUSA for Government.
Michael E. Riley, Esq. for Defendant.
Joshua MacAvoy, Senior U.S. Probation Officer.

NATURE OF PROCEEDINGS:    SENTENCE/STATUS HEARING

Oral argument on continued from 6/30/2015 on defendant's [421] Motion for New Trial and Evidentiary hearing re: evidence and amount of victims/victims losses pertaining to sentence. Ordered government's submission due no later than Sept 21, 2015, Defense response due no later October 21st, Hearing continued until November 20th, 2015 at 10:30 am.
Ordered defendant remanded to the custody of the U.S. Marshal

Time commenced: 10:00 a.m.    Time Adjourned: 11:40.    Total Time: 1 hour and forty minutes

            s/ *David Bruey*
            DEPUTY CLERK